# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-16-00420-CV

**In re Aaron Browne**

ORIGINAL PROCEEDING FROM TRAVIS COUNTY

**M E M O R A N D U M   O P I N I O N**

Relator Aaron Browne has filed a petition for writ of mandamus. *See* Tex. R. App.
P. 52.1. On June 22, 2016, we granted Browne's motion for emergency temporary relief and stayed
the trial court's orders dated May 23, 2016, and June 17, 2016, as well as all proceedings, pending
further order of this Court. *See id.* R. 52.10. Browne's petition for writ of mandamus asks this Court
to vacate the trial court's May 23, 2016 and June 17, 2016 orders compelling Browne, a non-party
to the underlying suit, to produce his personal federal income-tax returns. We do not address the
merits of Browne's petition, however, because he did not file either written objections or a motion
for protective order in response to real party in interest (and plaintiff in the underlying suit) Fine Line
Commercial, LLC's subpoena duces tecum. *See id.* R. 33.1 (requiring complaint to be preserved by
timely and specific objection); Tex. R. Civ. P. 176.6(d)-(e). Instead, the defendant in the underlying
suit, ATX Painting Company, Inc., filed a motion for protective order, objecting to the request for
Browne's personal federal-income tax return on the ground that it was irrelevant. *See* Tex. R. Civ.
P. 176.6(e). Accordingly, Browne has not preserved his complaint about the trial court's ruling. We

deny his petition for writ of mandamus and lift the stay of the underlying proceedings. *See* Tex. R.

App. P. 52.8.

_____

Cindy Olson Bourland, Justice

Before Chief Justice Rose, Justices Field and Bourland

Filed: July 22, 2016

2